CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED 5/10/2018
JULIA C. DUDLEY, CLERK
BY: LOTTIE LUNSFORD
DEPUTY CLERK

MAY-8-2018

1:18-cv-00023

WALTER STEVEN WILSON JR

PETITIONER ✓

RE OPEN

JERRY WOLF ET. AL

7:17CV435

DEF J. SESSION

DEF UNITED STATE ARMY (you supply name)

DEF. CHINA RUSSIA JAPAN, GERMANY AUSTRA, INDIA SYRIA AFGANSTAN

DEF SUPPLY NAME

GOOD MORNING

I WALTER STEVEN WILSON JUNIOR, PRO SE BEING IN SOUND MIND TO REMAIN ON THIS 8 DAY OF MAY 2018 COME BEFORE THIS HONOURABLE COURT TO ESTABLISH TRUE FACTOR TO REOPEN 7:17CV435 FULL PAYMENT $400 DOLLAR.

1. HOWEVER HEREIN I FEEL THAT OUR FEDERAL COURT HAS DEFAULT. BY ENDORMENT OF MONEY ORDER IS THE COURT OPPION WHILE INCARTION 20% OVER $10. AND I HAD BELIEF WHEN I BE RELEASE 20% OF MY FIRST CHECK. IN WHICH WAS $1500 = 300 DOLLAR IN WHICH I SENT YOU ALL $350 IN WHICH THE HONOURABLE CLERK DID NOT LISTEN TO JUDGE BALLOY IN WHICH I AM ENTILE FOR PARTIAL PAYMENT AFTER MY RELEASE. THEREFORE I BELIEF I HAVE BEEN DEPRIVE EQUAL ASSESEMENT OF MY RECIEPT AND SHOULD GIVE SLAP ON HAND TO BE PAY $400 DOLLAR BACK

2. HOWEVER WITH THE EVIDENCE OF REBECA

2. IT WAS BODILY CONTACT. AND PROTECTIVE ORDER IF I HIT GOING TO JAIL OR HIT HER. THEREFORE I WAS DEPRIVE LIBERTY AND FREEDOM FALSE INFORMATION TO DETAIN FALSE INPRISIONMENT AND FURTHER MORE I WAS GIVEN PSY EVARATION ON 14 JULY 2017 IN WHICH COMPTENT TO STAND TRAIL AND INCOPTENT IN TIME OF ALLEGED CRIME.

3. ASSESMENT OF THIS HONORABLE COURT TO BE GRANTED $70 TO $100 DOLLAR A DAY 2 MILLION AND 77 BILLION FOR ME 77 BILLION FOR PSY EXAMIER FOR NOT LISTEN TO HIS PROFESSION OPPION THAT FOUND GUILY AND THEREFORE I WAS DEPRIVE OF DUE PROCESS. THAT ENTILE ME. TO REMAIN

4. HOWEVER THE EVIDENCE AT HAND NO LAW ENFORCER ARE TO PUT HAND CUFF BEHIND MY BACK. IN WHICH HAS CAUSE DAMAGE TO RIGHT SHOULDER. IN WHICH I HAD ALREADY NEED IT SURGERY ON LEFT SHOULDER AND SGN BREWER HAS DEPRIVE ME LIBERTY OF FREEDOM OF MY MEDICAL CONDITION.

5. HOWEVER FOR ASSESMENT OF THIS HONORABLE COURT 77 TRILLION DOLLAR FOR PAIN AND SUFFINS AS WELL AS THE MENTAL ANGUISH.

6. HOWEVER. I WAS RELEASE ON 21 SEPT. 2017 AND ON OCT. 3. 2017 LOCK BACK UP AGAIN AND AARON HANKIN (POLICE INVESTGATOT) HAS BROUGHT MIS LEADING REPORT TO HIS FELLOW OFFICER AS WELL THERE WAS NO PICTURE TAKEN AS WELL AS IT POLICE ANGTER WITH HIM AND THE FACTOR THAT

6. THAT NO LAW ENFORCER ARE NOT ALLOW TO PUT HAND CUFF BEHIND MY BACK IN WHICH HAS DEPRIVE ME OF MY MEDICAL CONDITION AS WELL AS I HAD EXPLAIN TO HIM AND MY MENTAL STATIST.

7. THEREFORE THE ASSESSMENT OF THIS COURT. 77 TRILLION DOLLAR THAT I WAS DEPRIVE OF MEDICAL AND MENTAL CONDITION

8. HOWEVER TO CHALLENGE DISMISSED FRIVOLES MALICIOUS IN WHICH THIS COURT HAS CAUSE MORE DAMAGE TO ME AS THAT COURT RULE IF I THE PETITONER BELIEF THAT HE HAS SUPPLY SUFFICIENT EVIDENCE HE NEED RESPOND TO DEF MOTION

9. HOWEVER NO STATE OR FEDERAL COURT CAN NEVER ALLOW THE DEF. OR RESPONDENT TO HAS LAST WORD. THEREFORE I WAS DEPRIVE OF DUE PROCESS AS WELL IF THAT WAS TO STAND THEN ALL FEDERAL AND STATE HAS TO GO BACK WHEN OUR COURT SYSTEM STARTED AND PAY AND RELEASE EVERY BODY ALL CASE AND DA SUPPOSE TO HAVE LAST WORD. WHAT I AM SAYING THE STATE HAS RIGHT TO DEFEND REBUTTAL.

10. THEREFORE THE ASSESEMENT OF 7 TRILLION OF THIS HONOURABLE COURT.

11. HOWEVER IN 92 I WAS BROUGHT FORTH WITH EXCESS FORCE IN WHICH DEPUTY JOE ALMANY TESTIFY IN STATE AND FEDERAL THAT HE HIT

Page 4

11. ME FIRST AND ONLY 8 SHERIFF SHOW UP AND THERE WAS POLICE OF MANY AND FIRE FIGHT THAT DID NOT SHOW UP. PLAIN N SIMPLE. HOW COULD I BE AGGRETIVE ONE. HOWEVER IN ORGINARY ACTION I HAD ASK TO BE INCLUDED WITH 7 TRILLION BUT I CHANGE MIND AND ASK FOR 777 billion DOLLAR TO BE GRANTED BY THIS HONORABLE COURT IN WHICH HAS BROUGH FORE A TRUE bill TO THE FACTOR THAT THOSE CASE SHOULD BEEN FOUND IN FAVOUR OF DEF. SO AS I BELIEF BE DEPRIVE OF JUSTICE SYSTEM FOR THE EVIDENCE SPEAK FOR ITSELF.

12. HOWEVER THE ELEMENT OF THOSE DEVICE AND INPERSONNATION TO BE A MALE OR PERSON THAT BRISTOL VA, LOCK UP 9 PEOPLE FOR CHILD CRIME AND ENTRAPMENT. SO WHAT I AM SAYING THOSE DEVICE OF PHONE AND COMPUTER ETC ARE ROUND THE WHOLE WORLD IN WHICH HAS CAUSE DAMAGE TO ALL MANKINS.

13. 777 TRILLION OF DOLLAR FROM THIS HONOURABLE COURT TO REMAIN EMBARMENT TO ALL FAMILY

14. HOWEVER IN 1971 I JUMP OFF TOP OF TELEPHONE IN WHICH I BROKE LEFT ARM AND CRUSH LEFT ARM IN WHICH 2 AND HALF WK LATER I WENT AND JOIN ARMY.

15. HOWEVER I GOT PAST THE UNITED STATE ARMY AS THEY ALLOW ME TO SERVE IN WHICH

PAGE 5

15. HOWEVER AT LATER DATE THEY FOUND OUT AND REQUEST IF I WANTED MEDICAL DISCHARGE AND EXPLAIN WANTED TO CONT TO SERVE MY COUNTRY IN WHICH WHEN I SHOULD BEEN GIVEN HIGHEST MEDICAL PLAIN SIMPLE ALREADY PHYSICALLY MEDICAL TO DO ANY WORK. AND FURTHER MORE FOR ME GETTING BY THEIR MEDICAL SYSTEM 7 TRILLION IN ASSESEMENT OF THIS HONORABLE COURT.

16. HOWEVER AS I WAS COULD SMELL AND TASTE BEFORE I WENT TO SOUTH KOREA, BUT WHEN I RETURN HOME I CAN'T SMELL OR TASTE ANYTHING THEREFORE IT CALL AGENSIN ORANGE (ALL SOLDIER SUFFER WITH THAT but IT ALWAY BEING COVER UP.).

17. THEREFORE I HOLD CHINA, RUSSIA, JAPAN GERMANY AUSTRA, INDIA SYRIA. AND AFGHANSTAN, RESPONIABLE YOU SUPPLY NAME. AND GRANT THE ACCESSEMENT OF 999 TRILLION FOR ME. AND UNITED STATE GET 7X THAT AND ISRAEL 77X THAT FACTOR AND SUPPORT FOR ALL OUR SOLDIER. (OUR GOV, COVER UP.)

18. HOWEVER To bring FORTH SOCIAL SECURITY IN OFFICE IS CROOKED. AS THE ELEMENT THE SOCIAL SECURITY OFFICE HAS NEVER HAD MY TRUE IDENTY AS MY NAME IS WALTER STEVEN WILSON JUNIOR AFTER MY DAD. IN WHICH THE SOCIAL SECURITY HAS LEFT THE N OFF STEVEN AND FURTHER MORE I AM JUNIOR IN WHICH SHOULD BE ON MY CARD POWER'S THEREFORE THE ACCESE MENT

PAGE 6.

18. OF 777 TRILLION DOLLAR FOR DAMAGE OF NOT HAVING ME WITH PROPER IDENTY FOR 68 YEAR OF MENTAL ANGUISH AND PAIN. I BEEN DEPRIVE OF LIBERTY AS WELL AS DAMAGE OF DUE PROCESS FOR LIFE. AND I WOULD LIKE MY TRUE IDENTY.

19. HOWEVER I WOULD LIKE TO TALK IN SECRET ABOUT THE CRUPTION IN HIGH AUTHORTY OF SECURITY AS WELL DIRECT EXPRESS, IN WHICH HAVE PAPER WORK TO BE FILE WITH DIRECT EXPRESS PENDING

20. HOWEVER FOR IRAN TO CHECK ON NUNCER BASE. 777 TRILLION IN ASSESEMENT.

21. HOWEVER FOR DONALD TRUMP THAT, IN WHITE HOUSE I HOLD HIM RESPONSIBLE FOR FRANCE MONEY TO BE MISSING AND GRANT 77 TRILLION DOLLAR IN ASSESEMENT OF THIS HONOURABLE COURT. FOR DAMAGE TO BE DEPRIVE PROTECTION OF ALL COUNTRY WELFARE OF MONEY STOCK BOND ETC.

22. CONCLUSION GRANT THIS PETITION 7:17CV435 TO REMAIN

                         Walter Nelson
                         5-8-2018

NOTE EVERYTHING STAND TO BE TRUE NOTHING MORE OR LESS AND FOR MERCY OF THIS COURT BEEN DEPRIVE AND LIBERTY OF DUE PROCESS. AND I PRAY YOU UNDERSTAND THOSE AMOUNT BUT YOUR MERCY TO UNDERSTAND WHY

ADRESS WATER S WISON JR (APT 904)

① 141 EAST MARKET ST
APT 904
JOHNSON CITY TN 37604

M-14552-1

Matt Wilson
141 East Market Apt. 904
Johnson City, TN. 37604

To Honorable; Clerk U.S. District Court
210 Franklin Rd. S.W. Suite 540
Roanoke, VA. 24011-2208

M-14552-1
LEGAL MAIL

LEGAL MAIL